# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Two Men and a Truck/International, Inc.,

      Plaintiff,

  v.

Moving Authority Enterprise Corporation,


      Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-00391-GMN-VCF

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Plaintiff and against Defendant.

IT IS FURTHER ORDERED that Plaintiff is awarded damages for (1) attorney's fees in the amount of $24,156.50 pursuant to 15 U.S.C. § 1117(a)(3); and (2) costs in the amount of $138.77 pursuant to 15 U.S.C. § 1117(a)(3). The total award is therefore $24,295.27.

IT IS FURTHER ORDERED that Plaintiff is granted permanent injunctive relief prohibiting Defendant from using Plaintiff's trademark, service mark, name, logo, or source designation of any kind that is a copy, reproduction, colorable imitation, or simulation of Plaintiff's marks in connection with Defendant's business or services. The Court enters the permanent injunction as stated in the the proposed judgment attached to Plaintiff's Motion for Default Judgment. (ECF No. 21-4).

8/20/2019
_____
Date

DEBRA K. KEMPI
_____
Clerk

/s/ M. Reyes
_____
Deputy Clerk